1  SEYFARTH SHAW LLP
   Carolyn A. Knox (SBN 181317)
2  560 Mission Street, Suite 3100
   San Francisco, California 94105
3  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
4
   SEYFARTH SHAW LLP
5  Kristine K. Blanco (SBN: 214250)
   400 Capitol Mall Suite 2350
6  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
7  Facsimile: (916) 558-4839

8  Attorneys for Defendants
   CIGNA GROUP INSURANCE; LIFE INSURANCE COMPANY OF NORTH AMERICA;
9  CIGNA CORPORATION; CIGNA LIFE INSURANCE COMPANY OF NEW YORK

10                       UNITED STATES DISTRICT COURT

11                       EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED E. GONZALES and WENDY GONZALES ) | Case No. 2:05-CV-00714-LKK-JFM |
| Plaintiff, ) | **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |
| v. ) | |
| CIGNA GROUP INSURANCE; LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA CORPORATION; CIGNA LIFE INSURANCE COMPANY OF NEW YORK ) | |
| Defendants. ) | |

Pursuant to Local Rule 6-142, Plaintiffs Alfred E. Gonzales and Wendy Gonzales ("plaintiffs") and Defendants Life Insurance Company of North America ("LINA"), CIGNA Corporation CIGNA Life Insurance Company of New York, and CIGNA Group Insurance (collectively "defendants"), by and through their respective counsel of record, hereby stipulate to an extension of time within which defendants must file a responsive pleading in the above captioned matter up to and including May 31, 2005.  No prior extensions of time have been agreed upon by the parties.

///

-1-
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING
Case No. 2:05-CV-00714-LKK-JFM

1 | DATED: April 21, 2005

SEYFARTH SHAW LLP

By /signature on original
Kristine K. Blanco
Attorneys for Defendants
CIGNA GROUP INSURANCE; LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA CORPORATION; CIGNA LIFE INSURANCE COMPANY OF NEW YORK

DATED: April ___, 2004

POSWALL, WHITE & CUTTER

By /signature on original
R. Parker White
Attorneys for Plaintiffs
ALFRED E. GONZALES and WENDY GONZALES

**IT IS SO ORDERED.**

DATED: April 27, 2005

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge

-2-
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING
Case No. 2:05-CV-00714-LKK-JFM

SC1 17061139.1