UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALFRED GONZALES and WENDY GONZALES,

        Plaintiff,

  v.

CIGNA GROUP INSURANCE; LIFE INSURANCE COMPANY OF NORTH AMERICA; CIGNA CORPORATION; and CIGNA LIFE INSURANCE COMPANY OF NEW YORK,

        Defendants.
_____/

NO. CIV. S-05-714 LKK/JFM

O R D E R

A hearing in this case is presently scheduled for July 18, 2005, at 10:00 a.m., on the Law and Motion Calendar of this court pursuant to defendants' motions to dismiss and strike. On July 1, 2005, the parties stipulated that if plaintiffs file an amended complaint on or before July 8, 2005, defendants would withdraw their pending motions.

////

1

1    Because plaintiffs filed a first amended complaint with this
2 court on July 6, 2005, the court hereby deems defendants' motions
3 WITHDRAWN and the hearing set for the July 18, 2005 Law and Motion
4 Calendar is VACATED.
5    IT IS SO ORDERED.
6    DATED: July 12, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2