| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Carolyn A. Knox (SBN: 181317) |
| 2 | 560 Mission Street, Suite 3100 |
| | San Francisco, California 94105 |
| 3 | Telephone: (415) 397-2823 |
| | Facsimile: (415) 397-8549 |
| 4 | Email:  cknox@seyfarth.com |

SEYFARTH SHAW LLP
Kristine K. Blanco (SBN: 214250)
400 Capitol Mall Suite 2350
Sacramento, CA  95814-4428
Telephone (916) 448-0159
Facsimile (916) 558-4839
Email:  kblanco@seyfarth.com

Attorneys for Defendants
STATE FARM INSURANCE COMPANIES' LONG TERM DISABILITY INSURANCE PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED E. GONZALES and WENDY GONZALES, | Case No.2:05-CV-00714 LLK JFM |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a) AND ORDER** |
| v. | |
| STATE FARM INSURANCE COMPANIES' LONG TERM DISABILITY INSURANCE PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 30, inclusive, | |
| Defendants. | |

Plaintiff Alfred Gonzales and Defendants State Farm Insurance Companies' Long Term Disability Insurance Plan, State Farm Mutual Automobile Insurance Company, and Life Insurance Company of North America have reached a resolution of this matter.  The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear its own fees and costs.

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

DATED: January 18, 2006                      SEYFARTH SHAW LLP


By /signature on original
   Carolyn A. Knox
Attorneys for Defendants
LIFE INSURANCE COMPANY OF
NORTH AMERICA, CIGNA LIFE
INSURANCE COMPANY OF NEW
YORK and CIGNA GROUP INSURANCE


DATED: January 18, 2006                      POSWALL WHITE & CUTLER


By /signature on original
   R. Parker White
Attorneys for Plaintiffs ALFRED E.
GONZALES and WENDY GONZALES

**IT IS SO ORDERED**.

DATED: January 18, 2006          /s/Lawrence K. Karlton
                                 Lawrence K. Karlton
                                 Senior Judge